| | | | | |
|---|---|---|---|---|
| Cap City Management, LLC v. Jubilee Maycroft, LLC .. | 15–CV–1386 | 09/22/2016 | Affirmed, in part; reversed, in part | Ross |
| Weiss v. Weiss.............. | 15–FM–211 | 09/22/2016 | Affirmed | Knowles |
| Knott v. United States....... | 14–CF–1335 | 09/16/2016 | Affirmed, in part; remanded, in part | Broderick |
| Flakker v. Vishnyak......... | 15–CV–996 | 09/16/2016 | Affirmed | Clark |
| Barnes v. United States ..... | 14–CF–67, 14–CF–140, 14–CF–401, 14–CF–415 | 09/15/2016 | Affirmed | Burgess, Jr., McCabe |
| Wright v. United States ..... | 14–CM–512, 14–CT–515 | 09/12/2016 | Affirmed | Demeo |
| Capital Behavioral Health, LLC v. Not–For–Profit Hospital Corporation & District of Columbia ...... | 14–CV–548, 14–CV–589 | 09/12/2016 | Affirmed | Weisberg |
| Goode v. United States ...... | 15–CO–70 | 09/12/2016 | Affirmed | Anderson |
| Short v. United States....... | 11–CF–769, 11–CF–868 | 09/06/2016 | Affirmed | Leibovitz |